| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK: Betty Fong | REPORTER/TAPE NO. 9:46-9:51a (5m) | |
|---|---|---|---|
| MAGISTRATE JUDGE: Edward M. Chen | DATE: April 4, 2007 | ☐ NEW CASE | CASE NUMBER: 4-07-70198 WDB |

### APPEARANCES

| DEFENDANT: Sanuario Montoya-Ortiz | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Joyce Leavitt, prov. appt. | ☒ PD ☐ APPT ☐ RET |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Brian Whittaker | | INTERPRETER: Spanish - Melinda Basker | | FIN. AFFIDAVIT SUBMITTED ☐ / DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ / COUNSEL APPOINTED ☐ / PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER: Betty Kim | | | |

**FILED APR X 4 2007** — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD *)

- ☒ INITIAL APPEARANCE
- ☐ PRELIMINARY HEARING
- ☐ MOTION
- ☐ JUDGMENT & SENTENCING
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☐ OR ARRAIGNMENT
- ☐ BOND POSTING/SIGNING
- ☐ IA ON PETITION TO REVOKE PROB.
- ☐ TRIAL
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING
- ☐ CHANGE OF PLEA
- ☐ PROB. REVOC. OR SUPV. REL. HRG.
- ☐ OTHER

### INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☒ ADVISED OF CHARGES
- ☒ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE STATED
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMOUNT OF SECURITY:
- AMOUNT RECEIVED: $
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY POSTED/TO BE POSTED: ☐ CASH   ☐ CORPORATE SECURITY   REAL PROPERTY: ☐

- ☒ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT ORDERED
- ☐ DETAINED
- ☐ RELEASED
- ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF: | OTHER:

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- ☐ OTHER:

### CONTINUANCE

TO: 4/10/07   AT: 10:00 a.m.   BEFORE HON. WDB

- ☒ I.D. COUNSEL
- ☐ BOND POSTING/SIGNING
- ☐ STATUS RE: CONSENT
- ☐ JURY TRIAL
- ☒ SUBMIT FINAN. AFFIDAVIT
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ PLEA
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ TO HEAR MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED (Govt to submit order)
- ☐ IDENTITY/REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROBATION REV. HEARING
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ TRIAL SETTING
- ☐ COURT TRIAL
- ☐ STATUS

### ADDITIONAL PROCEEDINGS

Defendant has INS detainer. Defendant is ordered to appear before WDB on 4/10/07 at 10:00 a.m. to submit financial affidavit / ID Counsel / Status re detention hearing. Defendant is also ordered to appear on 4/18/07 at 10:00 a.m. before WDB for preliminary hearing/arraignment.

COPIES SENT TO: Pretrial / Ivy | DOCUMENT NUMBER: