SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CASBN 138549)
Chief, Criminal Division

BRYAN R. WHITTAKER (TXSBN 24047097)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3740
   Facsimile: (510) 637-3724
   E-mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-70198 WDB |
| Plaintiff, ) | STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. ) | |
| SANUARIO MONTOYA-ORTIZ, ) | Date: May 15, 2007<br>Time: 10:00 a.m. |
| Defendant. ) | Before the Honorable Wayne D. Brazil |

     This matter is set to come before the Court for Preliminary Hearing or Arraignment on May 15, 2007 at 10:00 a.m. The United States has provided a substantial amount of discovery to Mr. Montoya-Ortiz's counsel. Additionally, the defense has identified several issues relating to Mr. Montoya-Ortiz's criminal history, specifically whether he has suffered an aggravated felony. In order to secure the necessary records and fully develop the defense's position and so the parties can continue their discussions to determine whether there is the possibility of a pre-indictment resolution of the matter IT IS STIPULATED AND AGREED that this matter be continued to June 6, 2007.

     On advice of counsel, and pursuant to Fed. R. Crim. P. 5.1(d), Mr. Montoya-Ortiz

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70198 WDB         1

1  knowingly and voluntarily waives his right to a preliminary hearing on May 15, 2007, and agrees
2  to extend the time for a preliminary hearing until June 6, 2007, at 10:00 a.m. The parties also
3  agree that there is good cause present to grant the extension in light of the discovery provided for
4  the defendant's counsel to effectively prepare and to assist in a possible pre-indictment
5  resolution.

6  The parties also jointly request that the time between May 15, 2007 and June 6, 2007 be
7  excluded under the Speedy Trial Clock to allow Mr. Montoya-Ortiz's counsel to review the
8  discovery to be provided and effectively prepare taking into account the exercise of due
9  diligence. See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the
10 "ends of justice served by the granting of such continuance outweigh the best interests of the
11 public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

17 DATED: May 10, 2007

BRYAN R. WHITTAKER
Special Assistant United States Attorney
Attorney for the United States

20 DATED: May __, 2007

JEROME MATTHEWS
Assistant Federal Public Defender
Attorney for Jose Luis Guzman-Moreno

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70198 WDB                                    2