1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   MARK KROTOSKI, (CASBN 138549)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TXSBN 24047097)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3740
7  Facsimile: (510) 637-3724
   E-mail: bryan.whittaker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      )  Case No. 07-70198 WDB
                                    )
14 |       Plaintiff,                )  [PROPOSED] ORDER GRANTING
                                    )  STIPULATION TO WAIVE TIME UNDER
15 |   v.                            )  SPEEDY TRIAL CLOCK AND FOR
                                    )  PRELIMINARY HEARING
16 | SANUARIO MONTOYA-ORTIZ,        )
                                    )  Date:  May 15, 2007
17 |                                 )  Time:  10:00 a.m.
         Defendant.                 )
18 |_____)  Before the Honorable Wayne D. Brazil

19

                              [PROPOSED] ORDER

        Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing ("Stipulation") seeking to waive and extend the time for the preliminary hearing and to exclude the time between May 15, 2007 and June 6, 2007 from the Speedy Trial Clock. For the reasons set forth in the parties' Stipulation and for good cause appearing,

        **IT IS HEREBY ORDERED** that the period of time between May 15, 2007 and June 6, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70198 WDB                          1

1  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the
2  "ends of justice served by the granting of such continuance outweigh[s] the best interests of the
3  public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).  Accordingly, the
4  preliminary hearing is now scheduled for June 6, 2007 at 10:00 a.m.

5  DATED:  May 14, 2007

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

United States Magistrate Judge

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70198 WDB                    2