AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

Title 8 USC Section 1326 - Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

### DEFENDANT - U.S.

▶ SANUARIO MONTOYA-ORTIZ a/k/a Alfonso Montoya-Ortiz

DISTRICT COURT NUMBER

CR07-00377 SBA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70198 wdb

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Bryan Whittaker, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  4/4/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4                              **FILED**
                               JUN 1 4 2007
           E-filing            RICHARD W. WIEKING
5                              CLERK, U.S. DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
                               OAKLAND
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                      OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )  CR07-00377  SBA
12                                   )
            Plaintiff,                )  VIOLATION: Title 8, United States Code,
13                                   )  Section 1326 – Illegal Reentry by an Alien
        v.                            )  after Deportation
14                                   )
                                      )
15  SANUARIO MONTOYA-ORTIZ           )
    (a/k/a Alfonso Montoya-Ortiz),    )  OAKLAND VENUE
16                                   )
            Defendant.                )
17  _____   )

18

19                      **INFORMATION**

20  The United States Attorney charges:

21        On or about March 31, 2007, the defendant,

22
                 SANUARIO MONTOYA-ORTIZ
23                (a/k/a Alfonso Montoya-Ortiz),

24  an alien, having been previously excluded, deported, and removed from the United States, was

25  found in the Northern District of California, the Attorney General of the United States and the

26  Secretary for Homeland Security not having expressly consented to a re-application by the

27  defendant for admission into the United States, in violation of Title 8, United States Code,

28  ////

United States v. Sanuario Montoya-Ortiz;
INFORMATION

1  Section 1326.

3  Dated: June 13, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

8  (Approved as to form: _____)
     SAUSA WHITTAKER

United States v. Sanuario Montoya-Ortiz;
INFORMATION