AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

——— DISTRICT OF ———

**FILED**
JUN 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

SANUARIO MONTOYA-ORTIZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 00377 SBA

I, SANUARIO MONTOYA-ORTIZ, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/21/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_Sanuario Montoya_
Defendant

_[signature]_
Counsel for Defendant

Before _Wayne D. Brazil_ 6-21-07
Judicial Officer