# United States District Court

FILED
JUN 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA

V.

SANUARIO MONTOYA-ORTIZ

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07 00377 SBA

I, SANUARIO MONTOYA-ORTIZ, the above named defendant, who is accused of

8: USC 1326  ILLEGAL REENTRY BY AN ALIEN AFTER DEPORTATION

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/21/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Sanuario Montoya_
Defendant

_[signature]_
Counsel for Defendant

Before _Wayne D. Brazil_  6-21-07
Judicial Officer