**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/3/07

CR 07-00377SBA                                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MONTOYA-ORTIZ**                      Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

<u>KIM BRIGGS</u>                                         <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                    <u>DIANE SKILLMAN</u>
                                                                           Court Reporter

<u>INEZ SWANEY</u>
 Interpreter                                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/31/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to __7/31/07__ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: