UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/31/07

CR 07-00377SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**MONTOYA-ORTIZ**                              Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

  <u>BRIAN WHITTAKER</u>                              <u>JEROME MATTHEWS     </u>
U.S. ATTORNEY                                         ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                    <u>DIANE SKILLMAN        </u>
                                                            Court Reporter

  <u>HIRAM TORRES  </u>
   Interpreter                                            Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING:   PARTIES SUBMITTED A 11C1C PLEA AGREEMENT TO THE COURT; COURT FINDS EXCLUDABLE TIME BASED ON THE COURTS CONSIDERATION OF THE PLEA AGREEMENT UNTIL 10/16/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to <u> 10/16/07           </u> for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u> 10/16/07   </u> for Change of Plea @ 10:00 a.m.
cc: