BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant SANUARIO MONTOYA ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07 00377 SBA |
| ) | |
| Plaintiff, ) | **SENTENCING MEMORANDUM** |
| ) | |
| vs. ) | **Sentencing Date: October 16, 2007** |
| ) | **Time: 10:00 a.m.** |
| SANUARIO MONTOYA ORTIZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     On October 16, 2007, Sanuario Montoya Ortiz will stand before the Court prepared to enter a plea to a single count of illegal re-entry by an alien following deportation. The parties have submitted a Rule 11(c)(1)(C) plea agreement that incorporates the Guidelines fast-track disposition calculations and recommends a sentencing range of six to twelve months. Mr. Montoya Ortiz submits this brief memorandum to request that the Court sentence him to time served.

     Since the day of his initial appearance, Mr. Montoya Ortiz has been prepared to accept the consequences of his actions. He has chosen not to contest the legality of his prior deportations or otherwise interpose a defense to the charge, notwithstanding that deportation will for all intents

and purposes end his marriage to his wife of nine years, Barbara Montoya, who is an American citizen. He also will lose the companionship of his eleven-year old daughter and numerous friends and relatives, all of whom live in the United States. Copies of letters from Ms. Montoya and Mr. Montoya Ortiz's friends and relatives are collectively attached as Exhibit A.

In addition, Mr. Montoya Ortiz has used his time in custody productively. He has nearly completed the "Deuce Program," and recently graduated from the anger management program. He also is working towards obtaining his GED.

There is nothing egregious or unusual about Mr. Montoya Ortiz or this case that might merit a sentence above the low end of the applicable guidelines range, namely six months. Mr. Montoya Ortiz first appeared in federal court on April 4, 2007. By the time of the sentencing hearing, he will have served just over six months in federal custody. Accordingly, a sentence to time served is appropriate.

For the reasons stated, Sanuario Montoya Ortiz respectfully requests that the Court sentence him to time served.

Dated: Octobeer 10, 2007

                                                          Respectfully submitted,

                                                          BARRY J. PORTMAN
                                                          Federal Public Defender

                                                          /S/

                                                          JEROME E. MATTHEWS
                                                          Assistant Federal Public Defender