# EXHIBIT A

May 6 2007                     From
                               Sanvario Montoya
To Mr Judge BASIL

I would like to ask you sr without offending you. I want to ask you I would like to know if is posible to tell you few things. I'm married to US citzin for about 9 years we have a wounderful marriage and we get alonge very good. thats why Last time when I got deporter from US. I comeback Because I dont want to have a life without her. She dosent have anyone to take care of her all she has is me and plus we have a life togeather. we are married we plan a life And now we can't have that dream because we are getting apart. I want to ask a chance for me to stay in the united states of america where I had lived for the Last 16 years. and I have a beautiful girl she is almost 11 years old from my first girlfriend I dont want to be deporter because I wont ever have a chance to be close to my Kid and she ever will get to know me I dont want that to happend please give me a chance to get my life togeather and be a feather to her. I know I mess up in the past but I can be a good citzin just give me a chance to prove it. All my family lives here in california my parents, brothers, sisters uncles all my family please give me a chance to get my resident please forgive my writing Thank you
                          ATTE Sanvario Montoya

"To Honrable Judge Basil": Relationship
FROM BARBARA MONTOYA                    Wife 4-29-07

I believe Sanuario Montoya deserves a chance to stay in the U.S.A. because he's a wonderful husband he's hardworking, and diffenently a great man. He's a wonderful, and good Father, and also is a great Stepfather for the last 9 years of our marriage. He is a great and wonderful Step-Grand Father to my two Grandchildren, and they both love him dearly. please give him a chance to be here in the United States with me his wife, and his Familey too. I really need his caring for me Sence my health has not been good also I've had surgery's, and I'm going to have another. please give him this chance to take care of me because I haven't anyone else that will take such a great responsibity for my wellness, and he has loved me Sincerely thrn our Journey for the last 9 years in our marriage. I could garantee this would not be a disapointment.

I greatly appreciate this
Thank you very much,
Sincerly Barbara Montoya


05-07-07

TO:  Judge Basil

My name is Linda Wardell. I have known Sanuario Montoya and his wife Barbara for approximately eight years. Mr. Montoya has always been a hard-working landscaper and has worked in that profession for the majority of the time that I have known him.

On several occasions San and Barbara have been kind enough to lend me grocery money and twice enough for me to make rent. Sani has always been generous with his time. I can't count the times he took me shopping and picked up my teen-aged daughter from one event or another; not once did accept gas money.

Barbara tells me he dotes on their grand-children, and I believe this to be true. It is my opinion that Mr. Montoya is an honest, hard working family man and is an asset to our community.

Linda C. Wardell
506 Harvey Way
Bay Pont, CA 94565

*Linda Wardell*

TO JUDGE BASIL                                          05/02/07

HI MR BASIL FIRST I LIKE TO THANKYOU FOR TAKEN YOUR TIME I WANT TO HELP MY BROTHER AND TO LET YOU KNOW MY BROTHER SANISARIO IS A GREAT GUY AND I WANT TO ASK YOU TO PLEASE GIVE HIM A CHANCE TO STAY IN HERE IN THE U.S. I FEEL AND BE WORRIED ABOUT HIM OF GETTING DEPORTED BECAUSE HE DOSENT HAVE ANY FAMILY IN MEXICO ALL OF OUR FAMILY RELATIVES ARE HERE IN THE U.S. ALSO HIS WIFE AND HIS BABY THEY LIVE HERE EVERYONE MY MOM, BROTHERS AND SISTERS PARENTS WHY CAN YOU GIVE HIM A CHANCE TO GET HIS RESIDENT GIVE HIM A CHANCE TO GET HIS LIFE TOGEATHER HE LOVE HIS WIFE IS A HARD WORKER I BELIEVE HE DESERVES A CHANCE PLEASE GIVE HIM ONE CHANCE THANKYOU I APRECIATTE

FROM HIS BROTHER INLOW JOSE LOPEZ

                AND

FROM HIS SISTER Reina Lopez

To Judge Basil from His friends 05/01/07
Jesus Hortega and Luis Ayala
I believe that sanvario montoya is a good person and he deserves a chance to stay in united states of america. Where he has a wife of 9 years of marriage and one daughter who is 11 years old please give him a chance to stay in the united states of america thankyou

1) [signature] — Alfonso Lopez
2) Mandy Jhonson — Mandy Jhonson
3) Jesus Hortega — Jesus Hortega
4) [signature] — Onassis Cowan
5) [signature] — Raul Barragan
6) [signature] — Eric S Bocano
7) Luis Ayala — Luis Ayala
8) [signature] — Tom Colvin
9) [signature] — Abraham Ormous
10) [signature] — Faustino Adalle
11) David — David Olvera
12) [signature] — Stephanie Hunt
13) [signature] — Jose Armada
14) [signature] — Alberto Villabvena
15) [signature] — Tony Contreras
16) [signature] — Maria garcia
17) [signature] — Michaelle Smith
18) [signature] — Jonatan Quesada
19) Anthony — Anthony Skipper
20) Stiven Noths — Stiven Noths

May 3 2007                                            Relatioship

~~To [redacted]~~                                    His Brother Carlos Montoya

To Judge BASIL

I believe sanvorio is a very good person and he deserves a chance to stay in the USA. he is a very good person he is a hard worker. a good Brother He take cares my mom and my dad. and also he has being married to his wife Barbara Montoya for the past 9 years. he has a daughter I dont remember exacly how old she is. he is very good to her he also has being going to church for the last past 3 years. He is doing very good Lately I believe he hasent got into trouble in a while. thats what I know about him I think he deserves a chance in this life so he can do good for his family and also for him self.

Thankyou   his Brother CARLOS MONTOYA

To mr judge basll                                    05/04/07

Hi mr basll how you doing this is ramon serrano Montoya brother IM sorry for taken your time but I want tell you somenthing about my brother for the last 5 years for what I know he havent got in trouble or done anything wrong for long time but exept the he comeback to united states hi was deported from us. but he comebacc becoese he has his wife and baby and he's wife dosent have anybody to help her with her bills and to support her he is a really nice person. I want to ask you to give him a chance to stay in the california state he has been married for over 9 years to us citizin so is anyway the he could get he's resident in the united states please give him an opotunity to prove he is a good person thankyou foryou time mr basll this is his brother

Ramon Angel Montoya

MAY 8, 2007

TO: MR. BASIL,

    MY UNCLE IS A VERY NICE PERSON AND I WOULD LIKE TO ASK YOU SIR TO GIVE MY UNCLE A CHANCE TO STAY IN UNITED STATES. HE DESERVES A CHANCE TO STAY WITH HIS FAMILY WIFE AND HIS BABY AND PLUS ALL HIS FAMILY ARE IN UNITED STATES HOW HE SUPPOST TO DO A LIFE SOMEWHERE ELSE. WHY HE CAN'T HAVE HIS RESIDENT HIS MARRIAGE TO HIS WIFE FOR MORE THAN 9 YEARS AND SHE IS A US CITIZEN. PLEASE GIVE HIM A CHANCE, HE IS A VERY GOOD GUY THANK YOU I'M HIS NEPHEW AND ALSO MY SISTER BERTHA PARTICIPATE IN THIS LETTER THANK YOU.

*Hector Lopez* (signature)
HECTOR LOPEZ

*Bertha Lopez* (signature)
BERTHA LOPEZ