UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/16/07

CR 07-00377SBA                                JUDGE: SAUNDRA BROWN ARMSTRONG

MONTOYA-ORTIZ                    Present (X) Not Present ( ) In Custody (X)
     DEFENDANT(S)


 BRIAN WHITTAKER                                JEROME MATTHEWS
U.S. ATTORNEY                                  ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark                    STARR WILSON
                                               Court Reporter

                                               CONNIE COOK
 Interpreter                                   Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT. 1 OF THE INFORMATION**

**JUDGMENT: 6 MONTHS BOP WITH CREDIT FOR TIME SERVED; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: